UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLEN L. LENTZ, | Case No. 2:15-cv-01997-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| SETERUS, INC., et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Allen L. Lentz and Wyndham Vacation Ownership, Inc. (Dkt. #5).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed no later than January 6, 2016.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Wyndham Vacation Ownership, Inc. shall have until **January 6, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 17th day of November, 2015.


PEGGY ALEEN
UNITED STATES MAGISTRATE JUDGE