UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLEN L. LENTZ | Case No. 2:15-cv-01997-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| SETERUS, INC.,  et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Allen L. Lentz and Seterus, Inc. (Dkt. #11). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed no later than January 19, 2016.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Seterus, Inc. shall have until **January 19, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 23rd  day of November, 2015.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE